IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JOHNNY DICKERSON, § § § Plaintiff, § CIVIL ACTION NO. 5:17-CV-00077-RWS § § v. § § URS CORPORATION, and AECOM § COMPANY, § § § Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Plaintiff's Motion to Dismiss (Docket No. 114), the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that above-captioned cause is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 28th day of March, 2019.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE